UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14018-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**CHRISTOPHER STEPHEN VOORHEES,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard Following Change of Plea Hearing [ECF No. 66]. On July 22, 2024, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 56] during which Defendant pled guilty to Count 1 of the Indictment [ECF No. 25] pursuant to a written plea agreement and factual proffer [ECF Nos. 57, 58]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 1 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 25]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 66] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Christopher Stephen Voorhees** as to Count 1 of the Indictment is **ACCEPTED**.

CASE NO. 24-14018-CR-CANNON

3. Defendant **Christopher Stephen Voorhees** is adjudicated guilty of Count 1 of the Indictment which charges him with, conspiracy to encourage and induce an alien to enter and reside in the United States unlawfully, in violation of Title 8 U.S.C. § 1324(a)(1)(A)(v)(I) and (a)(1)(A)(iv) [ECF No. 25].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 12th day of August 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record